PROB 12C  
(7/93)

Report Date: May 10, 2016

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Ray Gonzales     Case Number: 2:14CR00004-RMP-1

Address of Offender:     Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 4, 2014

| | |
|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison - 15 months  |
| | TSR - 60 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Matthew F. Duggan |
| Defense Attorney: | John Barto McEntire, IV |

Date Supervision Commenced: January 16, 2015

Date Supervision Expires: January 15, 2020

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On April 27, 2016, the offender disclosed that his girlfriend, with whom he has been sharing a residence, had been abusing prescription medications and had also illegally purchased prescription medication. |
| 2 | **Special Condition #25**: You shall abstain from the use of illegal controlled substances (including marijuana), and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 30, 2016, the offender submitted a urine sample for the purpose of substance abuse testing at Alcohol Drug Education Prevention Treatment (ADEPT) in Colville, Washington. The sample tested presumptive positive for marijuana, and was sent to the laboratory for further testing.  Mr. Gonzales signed an admission of use form stating he had used marijuana on or about March 28, 2016.  The lab report has been received and reviewed, and while it shows the noted sample tested negative, the report notes the specimen was dilute. |

Prob12C
**Re: Gonzales, Michael Ray**
May 10, 2016
Page 2

On April 11 and 15, 2016, the offender submitted urine samples for the purpose of substance abuse testing at ADEPT in Colville. Both samples tested presumptive positive for marijuana. On each date Mr. Gonzales signed admission of use forms stating he had used marijuana. The samples were sent to the laboratory for further testing. Lab reports for both samples indicate a positive result for marijuana.

On April 27, 2016, a urine sample was collected and sent to the laboratory for testing by ADEPT Colville for outpatient treatment purposes. The lab report has been received and reviewed, and shows a positive result for marijuana. The treatment provider stated the reported THC level for that sample indicates it is considered a new use incident.

3        **Special Condition #26**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On April 14 and 27, 2016, urine samples were collected and sent to the laboratory for testing by ADEPT Colville for outpatient treatment purposes. The lab reports for those dates have been received and reviewed, and the reports show a positive result for ethyl glucuronide, indicating alcohol consumption for both sample dates.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/10/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

May 10, 2016
Date