PROB 12C
(6/16)

Report Date: October 4, 2016

# United States District Court

для the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Ray Gonzales | Case Number: 0980 2:14CR00004-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: June 4, 2014

Original Offense:    Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:   Prison - 15 months          Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney: Matthew F. Duggan           Date Supervision Commenced: January 16, 2015

Defense Attorney:    John Barto McEntire, IV     Date Supervision Expires: January 15, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/10/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | `Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 25**: You shall abstain from the use of illegal controlled substances (including marijuana), and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On August 31, 2016, the offender submitted a urine sample for the purpose of substance abuse testing at Alcohol Drug Education Prevention Treatment (ADEPT) in Colville, Washington. The sample tested presumptive positive for marijuana, and was sent to the laboratory for further testing. The lab report has been received and shows a positive result for marijuana. |
| 6 | **Special Condition # 25**: You shall abstain from the use of illegal controlled substances (including marijuana), and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The undersigned was notified by ADEPT that the offender failed to report for a urinalysis test on September 21 and 22, 2016. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 4, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/4/2016

Date