PROB 12C
(6/16)

Report Date: December 6, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Ray Gonzales | Case Number: 0980 2:14CR00004-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 4, 2014

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 15 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: January 16, 2015 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: January 15, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/10/2016 and 10/04/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 25**: You shall abstain from the use of illegal controlled substances (including marijuana), and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 22, 2016, the offender submitted a urine sample for the purpose of substance abuse testing at Alcohol Drug Education Prevention and Treatment (ADEPT) in Colville, Washington. The sample tested presumptive positive for marijuana, and was sent to the laboratory for further testing. The lab report has been received and shows a positive result for marijuana and additionally shows the sample was dilute. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 15**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional that which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising office and treatment provider. You shall contribute to the cost of treatment according to your ability to pay. |

Prob12C
**Re: Gonzales, Michael Ray**
**December 6, 2016**
**Page 2**

**Supporting Evidence**: On December 1, 2016, the undersigned received notification from the offender's mental health treatment provider that Mr. Gonzales failed to report for a scheduled treatment session, and provided no notification to the provider prior to the meeting. The provider further stated that this type of noncompliance occurred previously, and due to the behavior the offender would not be scheduled again. The service was effectively closed on December 2, 2016, for failure to follow through with the treatment plan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 6, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/6/2016

Date