PROB 12C
(6/16)

Report Date: April 25, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Ray Gonzales                Case Number: 0980 2:14CR00004-RMP-1

Address of Offender:                                                    Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 4, 2014

Original Offense:        Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:       Prison -15 months                     Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Matthew F. Duggan                    Date Supervision Commenced: January 16, 2015

Defense Attorney:        Federal Defender's Office            Date Supervision Expires: January 15, 2020

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: You shall reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: The offender last appeared before Your Honor on December 16, 2016, for the purpose of a supervised release revocation hearing. The offender at that time was ordered to reside at the Spokane RRC. The offender reported to the RRC on December 30, 2016, and resided at that location until April 22, 2017.

On April 24, 2017, the offender reported to the U.S. Probation Office and advised that he had been terminated from the RRC on April 22, 2017, due to failure to comply with a staff directive related to urinalysis testing.

On April 24, 2017, the undersigned received confirmation from the RRC that the offender's placement was terminated on April 22, 2017, due to failure to follow staff directive related to urinalysis testing.

Prob12C
Re: Gonzales, Michael Ray
April 25, 2017
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/25/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[XX] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer on behalf of the Honorable Rosanna Malouf Peterson
4/26/2017
Date