PROB 12C
(6/16)

Report Date: September 17, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Ray Gonzales    Case Number: 0980 2:14CR00004-RMP-1

Address of Offender:    Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 4, 2014

Original Offense:    Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:    Prison - 15 months              Type of Supervision: Supervised Release
                      TSR - 60 months

Revocation Sentence:   Prison - time served
December 16, 2016      TSR- expires January 15, 2020

Asst. U.S. Attorney:   Matthew F. Duggan           Date Supervision Commenced: January 16, 2015

Defense Attorney:      Jill Gannon-Nagle           Date Supervision Expires: January 15, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #9:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Gonzales is alleged to have violated his conditions of supervision by using methamphetamine on August 5 and 13, 2019.<br><br>On January 14, 2014, Mr. Gonzales signed his conditions of supervised release acknowledging an understanding of his conditions of supervised release.  Specifically, he was made aware he is not to use illegal controlled substances.<br><br>On August 5, 2019, Mr. Gonzales reported to the U.S. Probation Office to submit to a random urinalysis test.  The urine sample tested presumptive positive for methamphetamine and Mr. Gonzales denied using any illicit drugs.  The urine sample was sent to Alere Toxicology for further testing and lab results were later received confirming a positive result for methamphetamine. |

Prob12C
**Re: Gonzales, Michael Ray**
**September 17, 2019**
**Page 2**

On August 16, 2019, Mr. Gonzales reported to the probation office to submit to a random urinalysis test. When asked to submit to a urine test he admitted to using methamphetamine on August 13, 2019. He signed a drug use admission form.

2 **Special Condition #9:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gonzales failed to appear for random urinalysis testing at Pioneer Human Services on August 30, 2019.

On January 14, 2014, Mr. Gonzales signed his conditions of supervised release acknowledging an understanding of his conditions of supervised release. Specifically, he was made aware he is to provide random urinalysis tests as instructed.

On August 30, 2019, the color for random urinalysis testing at Pioneer Human Services was brown 1, Mr. Gonzales' assigned color for urine testing. The roster for urine testing on August 30, 2019, documented Mr. Gonzales as a "no show."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/17/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[  ]  Other

Signature of Judicial Officer

9/17/2019
Date