PROB 12C
(6/16)

Report Date: September 26, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 26, 2019**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Ray Gonzales        Case Number: 0980 2:14CR00004-RMP-1

Address of Offender:        Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: June 4, 2014

Original Offense:        Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:    Prison - 15 months            Type of Supervision: Supervised Release
                     TSR - 60 months

Revocation Sentence:  Prison - time served
(December 16, 2016)   TSR- expires January 15, 2020

Asst. U.S. Attorney:  Matthew F. Duggan          Date Supervision Commenced: January 16, 2015

Defense Attorney:     Federal Defenders Office   Date Supervision Expires: January 15, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/17/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #9:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Mr. Gonzales is alleged to have violated his conditions of supervision by using methamphetamine on September 23, 2019, and failing to report for urinalysis testing on September 25, 2019. |
|   | On January 14, 2014, Mr. Gonzales signed his conditions of supervised release acknowledging an understanding of his conditions of supervised release. Specifically, he was made aware he is not to use illegal controlled substances. |
|   | On September 25, 2019, the color of the day for urinalysis testing at Pioneer Human Services was brown 1, Mr. Gonzales' assigned color for urinalysis testing. On September, 26, 2019, |

Prob12C
**Re: Gonzales, Michael Ray**
**September 26, 2019**
**Page 2**

the undersigned officer reviewed the roster and Mr. Gonzales was marked down as a "no show."

On September 26, 2019, Mr. Gonzales reported to the probation office and provided a urinalysis test. The urine sample yielded a positive result for methamphetamine. Mr. Gonzales admitted to using methamphetamine on September 23, 2019, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/26/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*[signature]*

Signature of Judicial Officer

9/26/2019
Date