Report Date: October 4, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Michael Ray Gonzales      Case Number: 0980 2:14CR00004-RMP-1

Address of Offender:      Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 4, 2014

Original Offense:      Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:      Prison - 15 months      Type of Supervision: Supervised Release
     TSR - 60 months

Revocation Sentence      Prison - time served
(December 16, 2016)      TSR - expires January 15, 2020

Asst. U.S. Attorney:      Matthew F. Duggan      Date Supervision Commenced: January 16, 2015

Defense Attorney:      Federal Defender's Office      Date Supervision Expires: January 15, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/17/2019 and 09/26/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #9:** You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Gonzales is alleged to have violated his conditions of supervision by failing to appear for random urinalysis testing at Pioneer Human Services on October 2, 2019.

In addition, Mr. Gonzales reported to the U.S. Probation Office on October 3, 2019, and provided a random urinalysis test that was presumptive positive for methamphetamine. He signed a drug use admission form admitting to using methamphetamine on October 1, 2019.

On January 14, 2014, Mr. Gonzales signed his conditions of supervised release acknowledging an understanding of his conditions of supervised released. Specifically, he

was made aware to submit to urinalysis testing as directed and to not consume illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/04/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[ X ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

10/4/2019

Date